UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:

A.T. Reynolds & Sons, Inc., : Case No. 08-37739 (CGM)

     DEBTOR : Chapter 11
_____

## REASSIGNMENT

  The above-referenced chapter 11 case No. 08-37739 has been reassigned from Judge Cecelia G. Morris to Judge Shelley C. Chapman.

                /s/ Vito Genna
                Clerk of Court

Date: March 15, 2010

Cc: Judge Cecelia G. Morris
   Judge Shelley C. Chapman
   US Trustee
   Automation Specialist
   Supervisors
   Case Administrators
   Courtroom Deputies (CGM) (SCC)