# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
### 355 Main Street
### Poughkeepsie, NY 12601

| | |
|---|---|
| IN RE: A.T. Reynolds & Sons, Inc.<br>dba   Leisure Time Spring Water | CASE NO.: 08−37739−scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>14−1440150 | CHAPTER:   11 |

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Shelley C. Chapman on March 15, 2010 for administration. Please style all future captions with the appropriate judicial suffix (scc ).

Dated:March 15, 2010                                  Vito Genna
                                                                          Clerk of the Court