TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
Attorneys for Debtor
One Corwin Court, PO Box 1479
Newburgh, New York 12550
Telephone: (845) 565-1100
Steven L. Tarshis, Esq.
Nicholas A. Pascale, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

A.T. REYNOLDS & SONS, INC.,
dba Leisure Time Spring Water,

Debtor.
-------------------------------------------------------X

CHAPTER 11

CASE NO. 08-37339(SCC)

PLEASE TAKE NOTICE that any and all hearings currently scheduled to be held on 4/27/10 in this matter have been ADJOURNED and RESCHEDULED to 4/29/10 at 10:00 AM before the Hon. Judge Shelley C. Chapman, United States Bankruptcy Court for the Southern District of New York, Courtroom 610, One Bowling Green, New York, NY 10004-1408.

Dated: April 23, 2010
Newburgh, New York

Respectfully submitted,

TARSHIS, CATANIA, LIBERTH,
MAHON & MILLIGRAM, PLLC

By:
 _/S/ Nicholas A. Pascale, Esq._
NICHOLAS A. PASCALE, ESQ.
Attorneys for the Debtor
One Corwin Court, PO Box 1479
Newburgh, NY 12550
(845)565-1100