**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

A.T. REYNOLDS & SONS, INC.,
dba Leisure Time Spring Water,

Debtor.
-------------------------------------------------------X

CHAPTER 11

CASE NO. 08-37739 (SCC)

## ORDER

WHEREAS, the Chapter 11 Debtor made a motion seeking to hold Wells Fargo

Bank, NA in contempt of court (ECF #243, 246); and

WHEREAS, Wells Fargo Bank, NA ("Wells Fargo") filed opposition thereto (ECF

#244); and

WHEREAS, a hearing on the motion was held on April 29, 2010 before the Hon.

Judge Shelley C. Chapman, United States Bankruptcy Court for the Southern

District of New York, Courtroom 610, One Bowling Green, New York, NY 10004-1408;

Upon the foregoing it is hereby:

ORDERED, that the motion of the Debtor seeking to hold Wells Fargo in

contempt of Court for failure to pay NYSEG as directed is denied; and it is further

ORDERED, that, with respect to the payment Wells Fargo made to NYSEG in

the amount of $35,256.23 (the "Payment"), Wells Fargo is directed to reverse any

accounting chargeback against the Debtor's account to the extent that it purports to

create a claim against (i) the Debtor, (ii) any guarantor of the obligations of the Debtor,

or (iii) any other co-obligor of the Debtor on account of the Payment, provided, however,

that nothing herein shall limit or modify the rights and obligations of Wells Fargo

pursuant to applicable non-bankruptcy laws and regulations to account on its internal

books and records for its losses in connection with its loans to the Debtor; and it is further

ORDERED, that Wells Fargo shall have no claim against (i) the Debtor, (ii) any guarantor of the obligations of the Debtor, or (iii) any other co-obligor of the Debtor, on account of the Payment.

Dated: May 4, 2010                    /s/Shelley C. Chapman
                                      HONORABLE SHELLEY C. CHAPMAN
                                      UNITED STATES BANKRUPTCY JUDGE