# TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC

## ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. TAXATION
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II (DC, AZ)
STEVEN I. MILLIGRAM (NJ)
MICHELLE F. RIDER, CPA (FL)
RHETT D. WEIRES
PAUL S. ERNENWEIN
HOBART J. SIMPSON
JULIA GOINGS-PERROT

SPECIAL COUNSEL
JAY F. JASON (MA)
JOSEPH G. MCKAY
_____

(ALSO ADMITTED IN)

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655
FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

100 RED SCHOOLHOUSE ROAD, SUITE C-12
CHESTNUT RIDGE, NEW YORK 10977
TEL (845) 426-7799      FAX (845) 426-5541
(MAIL AND FAX SERVICE NOT ACCEPTED)

**E-MAIL tclmm@tclmm.com**
**www.TCLMM.com**

MARK L. SCHUH
NICHOLAS A. PASCALE
DANIEL F. SULLIVAN
MICHAEL E. CATANIA (NJ, CT, MA)
ARYEH LAZARUS (NJ)
HOLLY L. REINHARDT (NJ)
REBECCA BALDWIN MANTELLO (CT)
TIMOTHY G. TUTTLE (CT)
ARI I. BAUER
KRUTI M. PATEL, L.L.M. TAXATION
_____

(ALSO ADMITTED IN)

**WRITER'S DIRECT NO.**
**(845) 569-4319**

**WRITER'S E-MAIL**
**npascale@tclmm.com**

April 4, 2011

***Via ECF & Email: SCC.chambers@nysb.uscourts.gov***
Hon. Judge Shelley C. Chapman
United States Bankruptcy Court
for the Southern District of New York
Courtroom 610
One Bowling Green
New York, NY 10004-1408.

Re:     In Re:  A.T. REYNOLDS & SONS, INC.,
        dba Leisure Time Spring Water, Debtor
        Case No. 08-37739(SCC)
        Our File No.  03264-57561

Dear Judge Chapman:

This firm represents Chapter 11 Debtor in case 08-37739(CGM)(SCC). I enclose for the Court's reference the Memorandum and Order of the Hon. William H. Pauley, III dated March 18, 2011.

As the Court may recall, the assets and business of this Debtor were auctioned and sold on March 27, 2009 in accord with 11 USC §363.  Thereafter, the Debtor filed a motion to dismiss the Chapter 11 Case. *See,* Bankruptcy ECF Docket No. 195.  However, the Court had refrained from granting that motion given satellite litigation involving Wells Fargo Bank by way of mediation before Judge Morris.  It appears that Judge Pauley's Memorandum and Order has finally disposed of that litigation.  Since the issue involving Wells Fargo was instigated by the Bankruptcy Court's own Order to Show Cause and was resolved in favor of Wells Fargo, it does not appear likely that the Order will be disturbed or any appeal taken.  Accordingly, there does not seem to be any impediment to the granting of the Debtor's motion to dismiss this case.

Hon. Judge Shelley C. Chapman
April 4, 2011
Page 2


Therefore, by this letter, it is respectfully requested that the Court grant the Debtor's motion to dismiss the case. A proposed Order to that effect has been emailed to Chambers. Thank you for your attention to this matter.

All interested parties will receive ECF notice of this letter.

Respectfully submitted,

*/s/Nicholas A. Pascale*

NICHOLAS A. PASCALE

NAP/lf/62251
Enclosure